James S. Coon; OSB# 771450
THOMAS, COON, NEWTON & FROST
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222; Fax: 503-273-9175
E-mail jcoon@tcnf.legal
Of Attorneys for Plaintiff

Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222; Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HERMINE T. BERENGER,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 3:22-cv-00879-MC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

It is hereby ORDERED that attorneys' fees in the amount of $17,224.25 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b), and in accordance with agency policy. The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount

of $4,916.30 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

DATED this __6th__ day of September, 2024.

                                              _s/Michael J. McShane_
                                              United States District Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff